Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEM & THREAD, INC., a California Corporation; RUCHE, INC., a California Corporation; LOLO, a Business Entity of Unknown Form; S.S.G. FASHIONS LTD., a New York Corporation; EVERARD'S CLOTHING, a Business Entity of Unknown Form; GM FASHION USA, INC., a New York Corporation; 1ST IMPRESSION, a Business Entity of Unknown Form; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br><u>Jury Trial Demanded</u> |

Star Fabrics, Inc., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

1<br>COMPLAINT

## JURISDICTION AND VENUE

1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.  Plaintiff STAR FABRICS, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1440 East Walnut Street, Los Angeles, California 90011.

5.  Plaintiff is informed and believes and thereon alleges that Defendant HEM & THREAD, INC. ("HEM") is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1016 Towne Avenue, Unit #105, Los Angeles, CA 90021.

6.  Plaintiff is informed and believes and thereon alleges that Defendant RUCHE, INC. ("RUCHE") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 14550 Newport Avenue #3, Tustin, California 92780.

7.  Plaintiff is informed and believes and thereon alleges that Defendant LOLO ("LOLO") is a business entity of unknown form, with its principal place of business located at 12925 El Camino Real, Suite J-4, San Diego, California, 92130.

8.  Plaintiff is informed and believes and thereon alleges that Defendant S.S.G. FASHIONS LTD. ("SSG") is a corporation organized and existing under the laws of the State of New York, with its principal place of business located at 27 East 37th

Street, New York, New York, 10016, and is doing business in and with the state of California.

9.  Plaintiff is informed and believes and thereon alleges that Defendant EVERARD'S CLOTHING ("EVERARD'S") is a business entity of unknown form, with its principal place of business located at 1802 Wisconsin Avenue NW, Washington, DC, 20007, and is doing business in and with the state of California.

10. Plaintiff is informed and believes and thereon alleges that Defendant GM FASHION USA, INC., individually and doing business as "GLOBAL FASHION" (collectively "GLOBAL"), is a corporation organized and existing under the laws of the State of New York with its principal place of business located at 503 Johnson Avenue, Brooklyn, New York 11237, and is doing business in and with the State of California.

11. Plaintiff is informed and believes and thereon alleges that Defendant 1ST IMPRESSION ("IMPRESSION") is a business entity of unknown form, with its principal place of business located at 1230 Newpark Mall, Newark, California 94560.

12. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

13. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was

at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN NO. 63084

14. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 63084 ("Subject Design") which has been registered with the United States Copyright Office.

15. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

16. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design, HEM, RUCHE, LOLO, SSG, EVERARD'S, IMPRESSION, GLOBAL, DOE Defendants, and each of them distributed and/or sold fabric and/or garments featuring a design which is substantially similar to Subject Design (hereinafter "Subject Product") without Plaintiff's authorization, including but not limited to products sold by:

a. RUCHE under SKU No. 30502-M and bearing the label "Hem & Thread," indicating it was manufactured by or for HEM;

b. LOLO under Item No. 099322 and bearing the label "Hem & Thread," indicating it was manufactured by or for HEM;

c. EVERARD'S under Item No. BL3522-6 and bearing the label "Bryan Lars Beauty Mark" and RN 68215, indicating it was manufactured by or for SSG;

d. MyHabit.com under Style No. BL-35222 and bearing the label "Bryan Lars Beauty Mark" and RN 68215, indicating it was manufactured by or for SSG;

1      e. IMPRESSION under Item No. 1A22914;

2      f. Bling Bling and bearing the tag "Global Fashion Inc" and Style No.

3         JY-695L, indicating it was manufactured by or for GLOBAL.

4     17. Representative portions of Subject Design and Subject Product are set forth

5 hereinbelow:

**Subject Design**          **Subject Product**

 

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

18. Plaintiff repeats, realleges and incorporates herein by reference as though

fully set forth the allegations contained in the preceding paragraphs of this

Complaint.

19. Plaintiff is informed and believes and thereon alleges that Defendants, and

each of them, had access to Subject Design, including, without limitation, through

(a) access to Plaintiff's showroom and/or design library; (b) access to illegally

distributed copies of Subject Design by third-party vendors and/or DOE Defendants,

including without limitation international and/or overseas converters and printing

mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing Subject Design.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from Subject Design and by producing, distributing and/or selling Subject Products.

21. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

22. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of Subject Design in an amount to be established at trial.

23. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in Subject Designs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial,

1    or, if elected before final judgment, statutory damages as available under

2    the Copyright Act, 17 U.S.C. § 101 et seq.;

3    c.  That Plaintiff be awarded its attorneys' fees as available under the

4    Copyright Act U.S.C. § 101 et seq.;

5    d.  That Plaintiff be awarded pre-judgment interest as allowed by law;

6    e.  That Plaintiff be awarded the costs of this action; and

7    f.  That Plaintiff be awarded such further legal and equitable relief as the

8    Court deems proper.

9    Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P.

10   38 and the 7th Amendment to the United States Constitution.

11   Dated: April 20, 2017                      DONIGER/BURROUGHS

12

13                                        By:   /s/ Stephen M. Doniger
                                               Stephen M. Doniger, Esq.
14                                             Howard S. Han, Esq.
                                               Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

7
COMPLAINT